UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LUIS CAMACHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-3317 |
| | ) |
| THE ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT

STATE OF ILLINOIS   )
                    ) ss.
COUNTY OF SANGAMON )

James P. Baker, being duly sworn upon his oath, deposes and states as follows:

1. I am a lawyer licensed to practice law in the State of Illinois. I have engaged in the private practice of law in Springfield, Illinois since 1971. I hold a bachelor of arts degree from Hanover College in Hanover, Indiana and a juris doctor degree from the University of Denver College of Law.

2. During the course of my professional practice, I have practiced extensively in the fields of labor and employment law as well as civil rights law as it relates to employment issues. Because of the nature of my work, I frequently practice in the federal courts.

3. Since 2003 I have been a partner with Baker, Baker & Krajewski, LLC, a law firm headquartered in Springfield, Illinois. In addition to two partners the firm employs a paralegal and an office assistant. Additionally, it utilized the service of a part time lawyer who primarily engaged in legal research and document drafting.

4. I represent Luis Camacho in the above captioned lawsuit.

5. On July 6, 2018 I filed with this Court on Mr. Camacho's behalf a motion requesting that this Court order the Defendant, the Illinois Department of Transportation ["IDOT"], to comply with discovery. The motion was filed because of the failure of IDOT to comply with the discovery requests made on behalf of Mr. Camacho on February 23, 2018.

6. Baker, Baker & Krajewski, LLC maintains a time recordkeeping system. It is my practice to daily prepare a record of time I spent on cases which is inputted into that recordkeeping system. According to that system, I have spent the following time on Mr. Camacho's behalf with respect to work associated with enforcing IDOT's compliance with his discovery requests:

a) On May 16, 2018 I drafted a letter to the Office of the Attorney General which was sent to that office on May 21, 2018. I spent one half hour on that day composing the letter;

b) On June 14, 2018 I drafted a letter to the Office of the Attorney General relating to the discovery issue which was sent to the Attorney General's Office on June 18, 2018. The time I spent on that day was one half hour;

c) On June 15, 2018 I revised the draft of a letter referred to in the preceding paragraph. The time I spent on that day was one quarter hour;

d) On July 3, 2018 I engaged in a telephone conference with Dylan Grady, an Assistant Attorney General, representing IDOT in the above captioned proceeding. I also on that day reviewed the initial discovery requests and the earlier correspondence to the Office of the Attorney General as well as Mr. Grady's responses to that correspondence. The time I spent on that day was one half hour;

e) On July 5, 2018 I reviewed portions of the Federal Rules of Civil Procedure and prepared an initial draft for a motion to compel discovery. The time I spent on that day was one hour;

f) On July 6, 2018 I revised the motion to compel discovery. The time I spent on that day was one half hour;

g) On July 26, 2018 I reviewed the Defendant's response to Mr. Camacho's motion to compel discovery. The time I spent that day was one half hour;

h) On August 3, 2018 I reviewed the Court's order granting Mr. Camacho's motion to compel discovery and informed Mr. Camacho by email of that development in his case. The time I spent on that day was one hour;

i) On August 6, 2018 I reviewed the time records for the purpose of preparing a fee petition. The time I spent on that day was one half hour;

j) On August 14, 2018 I prepared initial drafts of both an application for attorneys' fees and my supporting affidavit. The time I spent in that endeavor was one and one half hour; and

k) On August 15, 2018 I revised both the application for attorneys' fees and my affidavit. The total amount of time I spent was three quarters of an hour.

7. It is my practice to charge for legal services at an hourly fee rate ranging between $200.00 per hour and $350.00 per hour. However, on occasion I will accept cases at fees that are under $200.00 per hour.

8. I have spent eight hours of time in connection with both seeking IDOT's compliance with Mr. Camacho's discovery requests and preparing an application for an award of attorneys' fees.

9. With respect to the work I did on Mr. Camacho's behalf associated with the motion to compel discovery I am seeking fees calculated at the rate of $225.00 per hour. I am not seeking fees calculated at a high rate because my work commitment did not involve a substantial amount of time and did not require any particular expertise in my field of practice of labor and employment law.

10. The statements set forth above are based upon my personal knowledge. If called upon, I could competently testify to the matters set forth above.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
James R. Baker

SUBSCRIBED AND SWORN to before me
this 17th day of August, 2018.

_____
Notary Public

(Affidavits/camacho1 jpb affidavit 081518)

BRENDA M SCHRADER
"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires
October 25, 2019