UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LUIS CAMACHO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-3317 |
| THE ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

**SUGGESTIONS OF THE PLAINTIFF, LUIS CAMACHO,
TO THE COURT WITH RESPECT TO VOIR DIRE**

COMES NOW the Plaintiff, Luis Camacho ["Camacho"], by and through his attorney, James P. Baker, and through this instrument offers his suggestions to the Court concerning questions to pose to prospective jurors during voir dire in addition to the questions commonly posed by the Court. In this respect Camacho suggests that the prospective jurors be asked the following:

1. In this case Camacho claims he was disabled and his employer, the Illinois Department of Transportation, failed to reasonably accommodate his disability.

- Do you have any personal views about a state employee complaining that his state employer did not reasonably accommodate his disability which might prevent you from fairly deciding this case based upon the evidence you hear and the instruction on the law which I will give you?

2. In this case you will hear that Camacho, while employed by the Defendant, Illinois Department of Transportation, was diagnosed and treated for a mental illness.

1

- Do you have any views about mental illness that might prevent you from fairly deciding this case based upon the evidence you hear and the instruction on law which I will give you?

3. Have you, a close friend or family member ever requested accommodation from an employer because of a disability?

- If so, would you explain the details of that situation?

4. Have you or any member of your immediate family ever employed other individuals or in connection with you or their employment or business supervised other individuals?

5. If so, has an employee ever lodged a claim, grievance or lawsuit because of actions taken by you or your family with respect to that employee? If so, explain the circumstances of that occurrence.

6. Have you or any member of your immediate family been the recipient of treatment from your employer which you believe to be unfair or unjust? If so, explain the circumstances of the treatment.

7. Have you or any member of your family been employed by the Illinois Department of Transportation? Please give the particulars of any employment by you or a member of your family with the Illinois Department of Transportation.

                                Luis Camacho

                                By:    /s James P. Baker
                                        James P. Baker
                                        Bar Number: 0097802
                                        Baker, Baker & Krajewski, LLC
                                        415 South Seventh Street
                                        Springfield, Illinois 62701
                                        Telephone: (217) 522-3445
                                        Facsimile: (217) 522-8234

# CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William Siders
Joseph Bracey
Attorney General's Office
500 South Second Street
Springfield, Illinois  62701
Emails:  william.siders@ilag.gov
         joseph.bracey@ilag.gov

                                By: s/James P. Baker
                                  Baker, Baker & Krajewski, LLC