Can you please define "materially adverse" on question 6 of Special Verdict Form B? Is it referring to only financial adverse actions?

s/Foreperson

Foreperson

FILED
OCT 21 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS