## Special Verdict Form A – Plaintiff's First Claim – Reasonable Accommodation

1) Was Plaintiff qualified to perform the geologist job he sought?
   Answer Yes or No: __Yes__

(*If you answered "Yes," then answer Question 2; otherwise, sign and return this verdict form and move on to Special Verdict Form B.*)

2) Did Defendant fail to provide Plaintiff with a reasonable accommodation?
   Answer Yes or No: __No__

(*If you answered "Yes," then answer Question 3; otherwise, sign and return this verdict form and move on to Special Verdict Form B.*)

3) Has Plaintiff suffered emotional pain and mental anguish as a result of his reassignment to the sign shop position or denial of the geologist position?
   Answer Yes or No: _____

(*If you answered "Yes," then answer Question 4; if you answered "No," to this question, then sign and return this verdict form move on to Special Verdict Form B.*)

4) What amount will fairly compensate Plaintiff for his emotional pain and mental anguish as a result of his reassignment to the sign shop position or denial of the geologist position?

   Answer: $ _____

Dated this _21_ day of October, 2021.

FILED
OCT 21 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

s/Foreperson

s/Juror

<u>Foreperson</u>

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

## Special Verdict Form B – Plaintiff's Second Claim – Retaliation

1) Was Plaintiff's reassignment to the sign shop position a materially adverse employment action?
   Answer Yes or No: __No__

2) Did Defendant reassign Plaintiff to the sign shop position because Plaintiff filed a charge of discrimination against Defendant on October 23, 2013?
   Answer Yes or No: __No__

3) If you answered yes to questions 1 and 2, you shall award Plaintiff $1.00.

*(Then, sign and return this verdict form.)*

Dated this __21__ day of October, 2021.

s/Foreperson

Foreperson

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror