E-FILED
Friday, 22 October, 2021  03:04:08 PM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

LUIS CAMACHO
V.
IL DEPT OF TRANSPORTATION

**EXHIBIT AND WITNESS LIST**

Case Number:  16-3317

| PRESIDING JUDGE Eric I. Long | | | PLAINTIFF'S ATTORNEY James Baker | | DEFENDANT'S ATTORNEY Joseph Bracey and William Siders | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 10/18/21 – 10/21/21 | | | COURT REPORTER LC and AW – JC | | COURTROOM DEPUTY SR | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 10/18/21 | x | x | Group Ex. 1 Camacho Performance Reviews for fiscal years 2005, 2006, 2007, 2009 and 2011 | no obj        Kramer |
| 2 | | 10/18/21 | x | x | Camacho Performance Review for the year 7/1/12 through 6/30/13 | no obj        Kramer |
| 3 | | 10/18/21 | x | x | 8/13/13 Camacho Request for Reasonable Accommodation | no obj        Kramer |
| 4 | | 10/18/21 | x | x | 8/23/13 email from William Kramer to Brian Johnson | no obj        Kramer |
| 5 | | 10/18/21 | x | x | 10/23/13 Camacho's charge of employment discrimination filed with the IDHR | no obj        Kramer |
| 6 | | 10/20/21 | x | x | 4/3/14 email from William Kramer to Camacho | no obj        Camacho |
| 9 | | 10/20/21 | x | x | 2/3/14 email from Camacho to William Kramer | no obj        Camacho |
| 10 | | 10/18/21 | x | x | 3/20/14 Camacho request for a reasonable accommodation | no obj        Kramer |
| 11 | | 10/18/21 | x | x | 3/21/14 Kramer email recommending that Camacho's request for a Reasonable accommodation | no obj        Kramer |
| 12 | | 10/18/21 | x | x | Group Ex. July of 2013 and February of 2018 employee tardiness | no obj        Kramer |
| 12a | | 10/18/21 | x | x | 2/3/14 email chain from William Kramer to Michael Prater | no obj        Kramer |
| 12b | | 10/18/21 | x | x | 2/10/14 email from William Kramer to Michael Prater, Geiefzu Johnson, Harmening | no obj        Kramer |
| 14 | | 10/18/21 | x | x | 6/20/14 email from Hessing to Kramer | no obj        Kramer |
| 16 | | 10/18/21 | x | x | 7/30/14 letter informing Camacho he was being placed on leave | no obj        Kramer |
| 17 | | 10/19/21 | x | x | 10/31/14 fitness for duty report of Terry Kilian, MD | no obj        Buescher |
| 18 | | 10/19/21 | x | x | 5/20/15 authorization of Dr. Keith Buescher for Camacho to return to work | no obj        Buescher |
| 20 | | 10/19/21 | x | x | Position descriptions sent by Michael Prater to Cal Draper | no obj        Ramirez |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Camacho | vs. | | IDOT | CASE NO. 16-3317 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | 10/19/21 | x | x | 7/17/15 follow up fitness for duty evaluation by Terry Killian          no obj          Ramirez |
| 22 | | 10/19/21 | x | x | 8/20/15 email from Draper re: job search          Draper |
| 23 | | 10/19/21 | x | x | 8/21/15 email from Prater to Draper re: job search          Draper |
| 24 | | 10/19/21 | x | x | 8/28/15 email from Prater to Draper re: job search          Draper |
| 25 | | 10/19/21 | x | | 3/2007 Job posting document |
| 25a | | 10/19/21 | x | x | Central Office – IPRs Posted 8/31/15 – 10/31/15          no obj          Ramirez |
| 26 | | 10/19/21 | x | x | 9/23/15 letter from Carlos Ramirez to Carl Draper          no obj          Ramirez |
| 27 | | 10/20/21 | x | x | 9/29/15 letter from IDOT to Camacho          no obj          Camacho |
| 30 | | 10/19/21 | x | x | Collective Bargaining agreement between IDOT and Teamsters Union 7/1/12 to 6/30/15          no obj          Ramirez |
| 31 | | 10/19/21 | x | x | Collective bargaining agreement between IDOT and the Teamsters Union 7/1/15 to 6/30/19          no obj          Ramirez |
| | | | | | |
| 34 | | | | | Video Deposition transcript of Carl Draper          NOT TO JURY |