AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Luis Camacho )
)
v. ) Case No.: 3:16-cv-03317-EIL
)
Illinois Department of Transportation )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/25/2021__ against __Plaintiff__,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 1,522.85 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 1,522.85 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other: __To attorney James Baker via bms@bbklegal.com__

s/ Attorney:  __s/ Joseph Bracey, Jr.__

Name of Attorney:  __Joseph Bracey, Jr.__

For: __Illinois Department of Transportationt__    Date: __11/23/2021__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                *Deputy Clerk*                    *Date*

STATE OF ILLINOIS      )          *Camacho v. Ill. Dep't of Transp.*
                       )
SANGAMON COUNTY        )          No. 3:16-cv-03317-EIL (C.D. Ill.)

## DECLARATION OF ATTORNEY BRACEY

I, JOSEPH BRACEY, JR., do hereby state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. I am an Assistant Attorney General assigned to represent the defendant, ILLINOIS DEPARTMENT OF TRANSPORTATION, in the case entitled *Camacho v. Ill. Dep't of Transp.*, No. 3:16-cv-03317-EIL, in the Central District of Illinois.

3. The deposition transcripts listed in Exhibits 1-5 were used in preparing for this case and were necessary to address the issues that were pending at the time the depositions were taken, for the purposes of summary judgment briefing, and/or for trial preparation.

4. Exhibits 1-5 contain true and accurate copies of the court reporter's billing statement/invoice for seven deposition transcripts. Defendant seeks reimbursement of the following costs:

| | | |
|---|---|---|
| **Exhibit 1** | | |
| Carlos Ramirez | 1/23/2019 | $116 |
| Brad Hessing | 1/23/2019 | $146 |
| **Exhibit 2** | | |
| Luis Camacho | 1/25/2019 | $595.45 |
| **Exhibit 3** | | |
| Dianna Taylor | 2/5/2019 | $110 |
| **Exhibit 4** | | |
| Michael Prater | 2/8/2019 | $150 |
| William Kramer | 2/8/2019 | $226 |
| **Exhibit 5** | | |
| Carl Draper | 5/20/2021 | $179.40 |

| | |
|---|---|
| Total | $1,522.85 |

1

5. Defendant is not seeking reimbursement for the $42.85 listed in Exhibit 4 as a fee for scanned exhibits ($25.00 and $17.85).

6. Judgment was entered in favor of defendant on October 25, 2021, ECF No. 68, and an amended judgment was entered in favor of defendant on November 18, 2021, ECF No. 70.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

By: *s/ Joseph Bracey, Jr.*   Executed: Nov. 23, 2021
Assistant Attorney General

Joseph Bracey, Jr. #6322428
Assistant Attorney General
500 South Second St
Springfield, IL 62701
217-557-0261
joseph.bracey@ilag.gov
gls@ilag.gov

FORM C-13 (REV. 4/09)
STATE OF ILLINOIS

# Invoice Voucher

IL Dept. of Transportation
2300 Dirksen Parkway, Room 311
Springfield, IL 62764

Name and Location of State Agency or Institution

Print Form

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE STATE PROMPT PAYMENT ACT, 30 ILCS 540.

2. Taxpayer Identification Number: ▓▓▓▓▓▓5

3. Vendor or Payee
LAST NAME   FIRST NAME   MIDDLE INITIAL
OR BUSINESS NAME

Davis Reporting Service
3 Hickory Hills
Springfield, IL 62707

4. Voucher No. _____
5. Voucher Date: 02/06/2019
6. Appropriation Account Code
7. Invoice Number: 012319-ACT2
8. Invoice Date: 01/31/2019

**Disposition of Copies**
1. Comptroller   5. Agency
2. Agency        6. Agency
3. Agency        7. Retained by Vendor
4. Remittance Copy

| 10. Indicate Beginning and Ending Date of Service and GAAP Code. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Discovery Deposition Transcripts of two employees taken on 1/23/19 Carlos Ramirez and Brad Hessing<br><br>See attached statement for itemization of costs | | | | $ 262 | 00 |

| 18. Exp. Obj | 19. Exp. Amount | 20. CFDA No. | | | 15. Subtotal | $ 262 | 00 |
|---|---|---|---|---|---|---|---|
| | | 22. Obligation No. | 23. Payment Amount | | 16. Discount / Deduction | | |
| 21. Total Exp. | | 24. Total Payment Amount | | | 17. Total Amount | $ 262 . 00 |

25. For Agency Use Only

Approved for Payment

Receiving Officer _[signature]_    Date 2/13/19    Clerk

Head of Unit or Authorized Agent _[signature]_    Date 2/13/19

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of section 5.1 of the Governor's Office of Management and Budget Act have been met.

Date     Agency Head (Signature)

C-13 4/09

# INVOICE

| | |
|---|---|
| **DAVIS REPORTING SERVICE**<br>3 Hickory Hills Drive<br>Springfield, IL 62707<br>(P) 217-546-6868<br>(F) 217-546-7411 | Invoice #: 012319-ACT2<br>Invoice Date: January 31, 2019<br><br>***Terms: PAYABLE UPON RECEIPT*** |

Please make check payable to DAVIS REPORTING SERVICE
PLEASE REMIT ONE COPY WITH PAYMENT!

| Bill To | EIN #: ▊▊▊▊▊▊5 |
|---|---|
| Mr. Dylan Grady<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701<br>Telephone: 217-782-9056 | In Re: Luis Camacho v. The Illinois Department of Transportation<br><br>Case No. 16-cv-3317 |

| PAGES | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | DESCRIPTION | | |
| | Discovery Depositions of Carlos Ramirez and Brad Hessing that were taken on January 23, 2019, beginning at 9:00 am at Baker, Baker & Krajewski, 415 South Seventh Street, Springfield, IL (Full PDF copy e-mailed to dgrady&atg.state.il.us and ddesalle@atg.state.il.us on February 1, 2019) | | |
| 58 | Carlos Ramirez | $ 2.00 | $ 116.00 |
| 73 | Brad Hessing | $ 2.00 | $ 146.00 |
| | Invoice e-mailed to ddesalle@atg.state.il.us on February 5, 2019<br>February 1, 2019 | | |

Accounts over 30 days are subject to a service charge of 1.5% monthly, which is an annual percentage rate of 18%.

| | TOTAL | $262.00 |
|---|---|---|

Thank you FOR CHOOSING Davis Reporting Service!



FORM C-13 (REV. 4/09)
STATE OF ILLINOIS

# Invoice Voucher

IL Dept. of Transportation
2300 Dirksen Parkway, Room 311
Springfield, IL 62764

Name and Location of State Agency or Institution

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE STATE PROMPT PAYMENT ACT, 30 ILCS 540.

2. Taxpayer Identification Number

[redacted]

3. Vendor or Payee
LAST NAME / FIRST NAME / MIDDLE INITIAL
OR BUSINESS NAME

Davis Reporting Service
3 Hickory Hills
Springfield, IL 62707

Disposition of Copies
1. Comptroller  5. Agency
2. Agency       6. Agency
3. Agency       7. Retained by Vendor
4. Remittance Copy

4. Voucher No. _____
5. Voucher Date  02/20/2019
6. Appropriation Account Code
7. Invoice Number  012519-CAD1
8. Invoice Date  02/19/2019

| 10. Indicate Beginning and Ending Date of Service and GAAP Code. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript of Discovery Deposition of Plaintiff, Luis Comacho, taken on January 25, 2019 | | | | $595.45 |
| See attached Invoice for itemization of charges | | | | |

| 18. Exp. Obj | 19. Exp. Amount | 20. CFDA No. | | | |
|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. Payment Amount | 15. Subtotal  $595.45 |
| | | | | | 16. Discount / Deduction |
| 21. Total Exp. | | 24. Total Payment Amount | | | 17. Total Amount  $595.45 |

25. For Agency Use Only

Approved for Payment

[signature]  2/20/19
Receiving Officer  Date  Clerk

[signature]  2/20/19
Head of Unit or Authorized Agent  Date

C-13 4/09

Certification of Receiving Agency
I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of section 5.1 of the Governor's Office of Management and Budget Act have been met.

Date

Agency Head (Signature)

# INVOICE

**DAVIS REPORTING SERVICE**
3 Hickory Hills Drive
Springfield, IL 62707

(P) 217-546-6868

(F) 217-546-7411

Invoice #: 012519-CAD1
Invoice Date: February 19, 2019

***Terms: PAYABLE UPON RECEIPT***

Please make check payable to DAVIS REPORTING SERVICE
PLEASE REMIT ONE COPY WITH PAYMENT!

| Bill To | EIN #: |
|---|---|
| Mr. Dylan P. Grady<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 61706<br>Telephone: 217-782-9056 | In RE: Luis Camacho v. The Illinois Department of Transportation<br><br>Case No. 16-3317 |

| PAGES | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 143 | Discovery Deposition of Luis Camacho taken on January 25, 2019, beginning at 9:00 am at Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, IL (Original transcript e-mailed to dgrady@atg.state.il.us and ddesalle@atg.state.il.us on February 18, 2019) | $3.15 | $450.45 |
| | Attendance Fee (2 hour minimum) | $ 75.00 | $ 75.00 |
| | Additional Appearance Fee (2 hours for a total of 4 hours) | $ 35.00 | $ 70.00 |
| | Invoice e-mailed to ddesalle@atg.state.il.us on February 19, 2019 | | |

Accounts over 30 days are subject to a service charge of 1.5% monthly, which is an annual percentage rate of 18%.

**TOTAL** $595.45

Thank you FOR CHOOSING Davis Reporting Service!



FORM C-13 (REV. 4/09)
STATE OF ILLINOIS

# Invoice Voucher

IL Dept. of Transportation
2300 Dirksen Parkway, Room 311
Springfield, IL 62764

Name and Location of State Agency or Institution

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE STATE PROMPT PAYMENT ACT, 30 ILCS 540.

2. Taxpayer Identification Number

3. Vendor or Payee
LAST NAME  FIRST NAME  MIDDLE INITIAL
OR BUSINESS NAME

Davis Reporting Service
3 Hickory Hills
Springfield, IL 62707

Disposition of Copies
1. Comptroller    5. Agency
2. Agency        6. Agency
3. Agency        7. Retained by Vendor
4. Remittance Copy

4. Voucher No. _____
5. Voucher Date  02/20/2019
6. Appropriation Account Code
7. Invoice Number  020519-CAD2
8. Invoice Date  02/19/2019

| 10. Indicate Beginning and Ending Date of Service and GAAP Code. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript of Discovery Deposition of employee, Dianna Taylor, taken on February 5, 2019 | | | | $110.00 |
| See attached Invoice for itemization of charges | | | | |

| 18. Exp. Obj | 19. Exp. Amount | 20. CFDA No. | | | 15. Subtotal | $110.00 |
|---|---|---|---|---|---|---|
| | | 22. Obligation No. | 23. Payment Amount | | 16. Discount / Deduction | |
| 21. Total Exp. | | 24. Total Payment Amount | | | 17. Total Amount | $110.00 |

25. For Agency Use Only

Approved for Payment

_[signature]_  2/20/19
Receiving Officer    Date    Clerk

_[signature]_  2/20/19
Head of Unit or Authorized Agent    Date

Certification of Receiving Agency
I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of section 5.1 of the Governor's Office of Management and Budget Act have been met.

Date    Agency Head (Signature)

C-13 4/09

# INVOICE

**DAVIS REPORTING SERVICE**
3 Hickory Hills Drive
Springfield, IL 62707

(P) 217-546-6868

(F) 217-546-7411

Invoice #: 020519-CAD2
Invoice Date: February 19, 2019

*Terms:* **PAYABLE UPON RECEIPT**

Please make check payable to DAVIS REPORTING SERVICE
PLEASE REMIT ONE COPY WITH PAYMENT!

| Bill To | EIN #: |
|---|---|
| Mr. Dylan P. Grady<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 61706<br>Telephone: 217-782-9056 | In RE: Luis Camacho v. The Illinois Department of Transportation<br><br>Case No. 16-3317 |

| PAGES | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 55 | Discovery Deposition of Dianna Taylor taken on February 5, 2019, beginning at 11:00 am at Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, IL (Original transcript e-mailed to dgrady@atg.state.il.us and ddesalle@atg.state.il.us on February 19, 2019) | $2.00 | $110.00 |
| | Invoice e-mailed to ddesalle@atg.state.il.us on February 19, 2019 | | |

Accounts over 30 days are subject to a service charge of 1.5% monthly, which is an annual percentage rate of 18%.

**TOTAL** $110.00

Thank you FOR CHOOSING Davis Reporting Service!

FORM C-13 (REV. 4/09)
STATE OF ILLINOIS

Print Form

# Invoice Voucher

IL Dept. of Transportation
2300 Dirksen Parkway, Room 311
Springfield, IL 62764

Name and Location of State Agency or Institution

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE STATE PROMPT PAYMENT ACT, 30 ILCS 540.

2. Taxpayer Identification Number

[REDACTED]

3. Vendor or Payee
LAST NAME        FIRST NAME      MIDDLE INITIAL
OR BUSINESS NAME

Davis Reporting Service
3 Hickory Hills
Springfield, IL 62707

4. Voucher No. _____
5. Voucher Date 03/11/2019
6. Appropriation Account Code _____
7. Invoice Number 020819-MD2
8. Invoice Date 02/26/2019

Disposition of Copies
1. Comptroller    5. Agency
2. Agency         6. Agency
3. Agency         7. Retained by Vendor
4. Remittance Copy

10. Indicate Beginning and Ending Date of Service and GAAP Code. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount
---|---|---|---|---
Transcripts of 2 Discovery Depositions of Employees -- Michael Prater & William Kramer, taken on February 8, 2019 <br><br> USDC-CDIL Case No. 16-3317 <br> Luis Comacho v. IL Dept. of Transportation <br><br> See attached Invoice for itemization of charges | | | | $418 | 85

| 18. Exp. Obj | 19. Exp. Amount | 20. CFDA No. | | | 15. Subtotal | $418 | 85 |
| | | | 22. Obligation No. | 23. Payment Amount | | | |
| | | | | | 16. Discount / Deduction | | |
| 21. Total Exp. | | | 24. Total Payment Amount | | 17. Total Amount | $418. 85 |

25. For Agency Use Only

Approved for Payment

[Signature] 3/11/19
Receiving Officer       Date        Clerk

[Signature] 3/11/19
Head of Unit or Authorized Agent    Date

C-13 4/09

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of section 5.1 of the Governor's Office of Management and Budget Act have been met.

Date

Agency Head (Signature)

# INVOICE

**DAVIS REPORTING SERVICE**
3 Hickory Hills Drive
Springfield, IL 62707
(P) 217-546-6868
(F) 217-546-7411

Invoice #: 020819-MD2
Invoice Date: February 26, 2019

**Terms: PAYABLE UPON RECEIPT**

Please make check payable to DAVIS REPORTING SERVICE
PLEASE REMIT ONE COPY WITH PAYMENT!

**Bill To**
Mr. Dylan P. Grady
Office of the Attorney General
500 South Second Street
Springfield, IL 61706
Telephone: 217-782-9056

EIN #: [redacted]

In RE: Luis Camacho v. The Illinois Department of Transportation

Case No. 16-3317.

| PAGES | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Discovery depositions of Michael Prater and William Kramer taken on February 8, 2019, beginning at 9:00 am at Baker, Baker & Krajewski, 415 South Seventh Street, Springfield, IL (PDF copies e-mailed to dgrady@atg.state.il.us and ddesalle@atg.state.il.us on February 26, 2019) | | |
| 75 | Michael Prater | $ 2.00 | $ 150.00 |
| 113 | William Kramer | $ 2.00 | $ 226.00 |
| 50 | Exhibits 1 - 36 (scanned for a total of 101 pages) | $ 0.50 | $ 25.00 |
| 51 | Exhibits 1-36 (scanned for a total of 101 pages) | $ 0.35 | $ 17.85 |
| | Invoice e-mailed to ddesalle@atg.state.il.us on February 26, 2019 | | |

Accounts over 30 days are subject to a service charge of 1.5% monthly, which is an annual percentage rate of 18%.

**TOTAL  $418.85**

Thank you FOR CHOOSING Davis Reporting Service!



FORM C-13 (REV. 4/09)
STATE OF ILLINOIS

# Invoice Voucher

IL Department of Transpostation
2300 S. Dirksen Parkway
Springfield, Illinois 62764

Name and Location of State Agency or Institution

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE STATE PROMPT PAYMENT ACT, 30 ILCS 540.

2. Taxpayer Identification Number

4. Voucher No. ___
5. Voucher Date: July 12, 2021

3. Vendor or Payee
LAST NAME / FIRST NAME / MIDDLE INITIAL
OR BUSINESS NAME

Area Wide Reporting Service
301 West White
Champaign, Illinois 61820

6. Appropriation Account Code
7. Invoice Number: 126169
8. Invoice Date: June 3, 2021

Disposition of Copies
1. Comptroller  5. Agency
2. Agency       6. Agency
3. Agency       7. Retained by Vendor
4. Remittance Copy

10. Indicate Beginning and Ending Date of Service and GAAP Code. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice

| Description | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Camacho v IL Department of Transportation<br>Case No. 16-3317<br><br>Deposition Transcript of Carl Draper taken on May 20, 2021<br><br>AAG Siders<br><br>see attached statement | | | | $179.40 |

| 18. Exp. Obj | 19. Exp. Amount | 20. CFDA No. | | | 15. Subtotal | $179.40 |
|---|---|---|---|---|---|---|
| | | 22. Obligation No. | 23. Payment Amount | | 16. Discount / Deduction | |
| 21. Total Exp. | $179.40 | 24. Total Payment Amount | | | 17. Total Amount | $179.40 |

25. For Agency Use Only

Approved for Payment

[signature] 7-16-2021
Receiving Officer / Date / Clerk

[signature] 7/16/21
Head of Unit or Authorized Agent / Date

Certification of Receiving Agency
I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of section 5.1 of the Governor's Office of Management and Budget Act have been met.

Date

Agency Head (Signature)

C-13 4/09

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN ██████ (217) 356-5119



INVOICE: #126169
DATE: 6/3/21

**Bill To:** Mr. William Siders, Attorney
Attorney General, State of Illinois
500 South Second Street
Springfield IL 62706-1771

Case Name: Camacho v. The Illinois Department of Transportation     Case # 16-3317

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|---|---|---|---|---|
| 5/20/21 | Carl Draper | Transcript (copy) | 92 pages | $179.40 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS: Accounts over 45 days are subject to service charges of 12.00% annually. | **BALANCE DUE 7/3/2021** | **$179.40**

Thank You For Choosing Area Wide Reporting Service