Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Luis Camacho** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 16-3317 |
| | ) |
| **Illinois Department of Transportation** | ) |
| | ) |
| **Defendant.** | ) |

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the jury found based on Plaintiff's first claim of Reasonable Accommodation, that Plaintiff was qualified to perform the geologist job he sought, but that the Defendant did not fail to provide Plaintiff with a Reasonable Accommodation. Plaintiff will recover nothing from his Reasonable Accommodation claim.
Based on the Plaintiff's second claim of Retaliation, the jury found that Plaintiff's reassignment to the sign shop position was not a materially adverse employment action.   The jury found that the Defendant did not reassign plaintiff to the sign shop position because Plaintiff filed a charge of discrimination. Plaintiff will recover nothing from his Retaliation claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that costs in the amount of $1,522.85 against the Plaintiff.

**Dated: 12/10/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court